**CLOSED**

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZOE AJJAHNON : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, : | |
| v. : | **ORDER** |
| THE STATE, : | Civil Action No. 06-CV-3693 (DMC) |
| and : | |
| THERESA M. RUSSO, : | |
| Defendants. : | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter having come before the Court upon *pro se* Plaintiff Zoe Ajjahnon's ("Plaintiff") motion for reconsideration of the Court's order dated August 21, 2006, dismissing Plaintiff's Complaint and denying Plaintiff's application to proceed *in forma pauperis* and the Court having considered the papers submitted by Plaintiff in support thereof; and for the reasons stated in the Court's Opinion issued on this day:

IT IS on this _1__ day of November, 2006,

**ORDERED** that Plaintiff's motion for reconsideration is **denied.**

    S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Date:      November  1 , 2006.
Original:  Clerk's Office
cc:        All Counsel of Record
           The Honorable Mark Falk, U.S.M.J.
           File